# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

152048 & (81)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TODD DOUGLAS ROBINSON,
      Defendant-Appellant.

SC: 152048
COA: 317282
Jackson CC: 12-003652-FC

_____/

On order of the Court, the motion to amend the application for leave to appeal is GRANTED. The application for leave to appeal the June 9, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016



Clerk

t0127